508 A.2d 1186

Felice and Concettina SILVESTRI, Petitioners,

v.

GERMANTOWN HOSPITAL, R.M. Shoemaker Co., Strescon Industries, Inc.

Supreme Court of Pennsylvania.

April 23, 1986.

Petition for Allowance of Appeal GRANTED, No. 62 E.D. Appeal Docket 1986.